```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
TRUSTEES OF THE DISTRICT COUNCIL NO. 9                       :
PAINTING INDUSTRY INSURANCE FUND, et                         :
al.,                                                         :    20 Civ. 4501 (LGS)
                                       Petitioners,          :
                                                             :           ORDER
                 -against-                                   :
                                                             :
SAHARA CONSTRUCTION CORP.,                                   :
                                                             :
                                       Respondent.           X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Affidavit of Service at Dkt. No. 7 shows that Respondent was served on June 15, 2020, and per Federal Rule of Civil Procedure 12, Respondent's deadline to answer or otherwise respond was twenty-one days thereafter, or by July 6, 2020;

WHEREAS, Respondent has not timely appeared or responded. It is hereby

**ORDERED** that Respondent's opposition to the petition if any, not to exceed 5 double-spaced pages, is due **July 21, 2020**. Petitioner's reply, not to exceed 3 double-spaced pages, is due **July 28, 2020**. If Respondent does not timely file its opposition or otherwise request an extension, this petition will be treated as unopposed and Petitioner need not file a reply. It is further

**ORDERED** that Petitioner shall serve a copy of this Order on Respondent and file an affidavit of service on the docket by **July 13, 2020**.

Dated: July 7, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE