UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, ET AL.,

                Petitioners,

-against-

SAHARA CONSTRUCTION CORP.,
                Respondent.
-----------------------------------------------------------X



20 **CIVIL** 4501 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 16, 2020, the Petition is GRANTED. Petitioners are entitled to a total of $22,464.75, as set forth in the Award, comprising $10,220.50 in unpaid wages, payable to Cespedes, $8,244.25 in benefit contributions, payable to the Trustees' funds on behalf of Cespedes, and $4,000.00 in liquidated damages, payable to the Joint Trade Board of the Painting and Decorating Industry. Petitioners are also entitled to post-judgment interest, calculated at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
         October 16, 2020

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**
                          **BY:**
                                            **Deputy Clerk**